UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20731-CIV-MOORE/WHITE

NELSON CARTAGENA MERCED,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING § 2241 PETITION FOR WRIT OF HABEAS CORPUS; ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER came before the Court upon Nelson Cartagena Merced's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. 2241 (dkt # 1).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report (dkt # 3), recommending that the petition be denied. No objections were filed.

UPON CONSIDERATION of the Report, after a de novo review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. 2241 (dkt # 1) is DENIED. The Clerk of the Court is instructed to CLOSE this case. All pending motions are DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that Magistrate Judge White's Report (dkt # 3) is ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of June, 2009.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge White
        All Counsel of Record